USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HIMELDA MENDEZ,

                Plaintiff,

    -v-

ANN INC.,

                Defendant.
------------------------------------------------------------------X

19-cv-10623 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. It is hereby:

      ORDERED that the case management conference previously scheduled for June 8, 2020 at 12:00 p.m. is reset to August 6, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      In advance of the conference and no later than July 23, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by July 30, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the August 6, 2020 status conference.

      The deadline for submission of a Joint Pretrial Order will also be discussed at the August 6, 2020 conference.

      This Order is being issued for scheduling purposes only and should not be interpreted to have any relation to the Motion to Dismiss that was filed on February 7, 2020.

      SO ORDERED.

Dated: February 12, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge