```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HIMELDA MENDEZ,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :   19-cv-10623 (LJL)
           -v-                                                         :
                                                                       :   ORDER
ANN INC.,                                                              :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on November 15, 2019 (Dkt. No. 1). On February 7, 2020, Defendant filed a Motion to Dismiss (Dkt. No. 14). Plaintiff timely filed its First Amended Complaint on February 20, 2020 (Dkt. No. 17).

Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss (Dkt. No. 14) is DENIED AS MOOT.

SO ORDERED.

Dated: February 21, 2020        _____
       New York, New York                LEWIS J. LIMAN
                                         United States District Judge