```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HIMELDA MENDEZ,                                                   :
                                                                  :
                              Plaintiff,                          :
                                                                  :       19-cv-10623 (LJL)
           -v-                                                    :
                                                                  :          ORDER
ANN INC.,                                                         :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020

LEWIS J. LIMAN, United States District Judge:

   IT IS HEREBY ORDERED that this case is STAYED until July 28, 2020.

Dated: June 1, 2020
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge